# Attachment C



