# Attachment D



**DC BOWL GANG** · @PureWhiteEvil

| 7,979 | 3,935 | 965 | 302 |
|---|---|---|---|
| Score | Posts | Followers | Following |

Unfollow

Aka DC Stormer (RIP) • Meth-smoking, pipebomb-making, mailman-murdering, #Fed • #DemoKKKrat • "Che Guevara of the altright" - Glenn Beck • Not a NEET - just bathing in White privilege • Bowlcut Nationalism is the only way forward • Btc: 3DycNeCR8ETyqnfVdKUfHQSif5Ybm1YWSF

Since February 2017

Posts   Comments   Media

DC BOWL GANG @PureWhiteEvil
7 months ago

3 followers you know



DC BOWL GANG @PureWhiteEvil
20 days ago



Quoted post is not available.

↑ 8      Comment 1      Repost      Quote