# Attachment E



**DC BOWL GANG** @PureWhiteEvil
12 days ago

"Give me my social security or give me death"





This comment was sent under **Arthur Frayn**'s post. View post



**DC BOWL GANG** @PureWhiteEvil

Nah he was BASED! Get used to it libtards. This was just a dry run for things to come.

∧ 2    Reply  ·  Repost  ·  Quote  ·  12 days ago

∧ 1    💬 Comment    ↻ Repost 1    ❝ Quote

↻ DC BOWL GANG reposted



**Hunter Wallace** @occdissent
12 days ago

LOL

All aboard the Boom Van


