# Attachment F

**DC BOWL GANG** @PureWhiteEvil
10 days ago

@GTKRWN

**DC BOWL GANG** @PureWhiteEvil
10 days ago

The fucking kikes that got shot by the hero #RobertBowers were all active supporters of pedophilia (not all kikes amirite? lol) and every last one of them deserved exactly what happened to them and so much worse

http://thefightmag.com/2018/10/breaking-the-synagogue-shooting-happened-during-a-ceremony-for-a-gay-couples-kids/

︿ 1       ● Comment       ⟳ Repost       ▌▌ Quote

**DC BOWL GANG** @PureWhiteEvil
10 days ago

The fucking kikes that got shot by the hero #RobertBowers were all active supporters of pedophilia (not all kikes amirite? lol) and every last one of them deserved exactly what happened to them and so much worse

http://thefightmag.com/2018/10/breaking-the-synago...



BREAKING: The Synagogue Shooting Happ...
An LGBTQ organization said that yesterday's shooting at a Pittsburgh synagogue happened during the Briss of a set of twins adopted by a gay couple, re...
thefightmag.com