# Attachment G

