# Attachment H



**Pretrial Services Agency for the District of Columbia**

# Office of Forensic Toxicology Services

**90 K Street NE**
**Washington, DC 20002**

## Specimen History Report

Report Created: 11/10/2018 12:20:37 PM

**URINE IMMUNOASSAY SCREENING RESULTS**

| Clark, Jeffrey | P 611681 | Coc ng/ml | Amp ng/ml | Pcp ng/ml | Opi ng/ml | Heroin ng/ml | SC ng/ml | Mari ng/ml | Meth ng/ml | Alc mg/dl | EtG ng/ml | Bup ng/ml | Crea mg/dl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Collection Date: 11/10/2018** | | | | | | | | | | | | | |
| **Specimen #** | **Batch ID** | | | | | | | | | | | | |
| 37599100 | 2186663 | -10n | 75n | -1n | -69n | 4n | 1n | 211p | --- | --- | --- | --- | 388n |
| 37599100 | 2186664 | --- | --- | --- | --- | --- | --- | 215p | --- | --- | --- | --- | --- |
| 37599100 | 2186665 | --- | --- | --- | --- | --- | --- | 214p | --- | --- | --- | --- | --- |
| 37599100 | 2186666 | --- | --- | --- | --- | --- | --- | 210p | --- | --- | --- | --- | --- |
| 37599100 | | Neg | Neg | Neg | Neg | Neg | Neg | POS | | | | | Nor |