Attachment I











