IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on October 15, 2018[1]

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. |
| | : | |
| JEFFREY RAPHIEL CLARK, JR. | : | |
| | : | VIOLATIONS: |
| Defendant. | : | |
| | : | 18 U.S.C. § 922(g)(3) |
| | : | (Unlawful Possession of Firearms by |
| | : | Person Who is Unlawful User of |
| | : | any Controlled Substance) |
| | : | |
| | : | D.C. Code §7-2506.01 |
| | : | (Possession of a Large Capacity |
| | : | Ammunition Feeding Device) |
| | : | |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

Between on or about October 27, 2018, and on or about November 9, 2018, within the District of Columbia, the defendant, **JEFFREY RAPHIEL CLARK, JR.**, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did unlawfully and knowingly possess firearms in and effecting commerce and receive firearms which had been shipped and transported in interstate and foreign commerce, to wit:

  (1)   a Remington Arms 1911 R1 handgun;

  (2)   a Mossberg Maverick 88 shotgun;

  (3)   a Ruger Mini 14 Ranch Rifle; and

---

[1] This grand jury was empaneled in the Superior Court of the District of Columbia and returned this indictment pursuant to its authority under D.C. Code § 11-1916(a).

(4)   a Colt .38 Special handgun.

(**Unlawful Possession of a Firearm by a Person who is an Unlawful User of a Controlled Substance**, in violation of Title 18, United States Code, Section 922(g)(3))

## COUNT TWO

Between on or about October 27, 2018, and on or about November 9, 2018, within the District of Columbia, the defendant, **JEFFREY RAPHIEL CLARK, JR.**, did possess a large capacity ammunition feeding device.

(**Possession of a Large Capacity Ammunition Feeding Device**, in violation of 7 D.C. Code, Section 2506.01(b) (2001 ed.))

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia