# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 1:18-CR-338** |
| : | |
| **JEFFREY CLARK,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of filing of the government's discovery letter to the defendant dated November 27, 2018.

        Respectfully submitted,

        JESSIE K. LIU
        United States Attorney
        D.C. Bar No. 472845


By:       /s/
        JOHN CUMMINGS
        Assistant United States Attorney
        Bar No. 986573
        555 Fourth Street, N.W., Room 11-824D
        Washington, DC  20530
        John.cummings@usdoj.gov
        (202) 252-7271