

U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

November 27, 2018

BY EMAIL
David Bos, Esq.
Assistant Federal Public Defender
625 Indiana Avenue NW
Suite 550
Washington, D.C. 20004

    Re:    <u>United States v. Jeffrey Clark, 1:18-MJ-00141 (GMH)</u>

Dear Counsel:

    I am writing to you to document the discovery in this case to date. In anticipation of your request for Rule 16 discovery, to date the government has disclosed to you the following:

1. Arrest packet;
2. Gerstein statement filed in Superior Court;
3. The defendant's drug test results;
4. The defendant's video-recorded statement of November 9, 2018;
5. The search warrant return for 12 Adams Street, Northwest, Washington, D.C.;
6. Crime scene search diagrams;
7. Photographs taken during the execution of the search warrant;
8. The existence of a press release from the United States Attorney for the Western District of Pennsylvania.

In addition, today I am forwarding to you copies of four Bureau of Alcohol, Tobacco, Firearms and Explosives trace summaries and Form 4473s for four of the firearms related to this case. Please note in particular your client's answers to question 11(e) on the forms for the Remington 1911 handgun and the shotgun.

2

Please feel free to contact me with any questions or concerns.

Sincerely,

_____/s/_____
John Cummings
Assistant United States Attorney
(202) 252-7271
john.cummings@usdoj.gov