## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 18-338 (TJK) |
| | ) |
| JEFFREY CLARK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING

Defendant, Jeffrey Clark, through undersigned counsel, pursuant to Rule of Criminal Procedure 32(e)(2) hereby notifies the Court that he waives his right to have a copy of his presentence report at least 35 days before the sentencing in this case on September 13, 2019.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/S/_____
DAVID W. BOS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

Counsel for Mr. Clark