AO 83 (Rev. 06/09; DC 3/2010) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JEFFREY RAPHIEL CLARK, JR.<br><br>*Defendant* | )<br>)<br>)<br>) Case No. 18-CR-338-1 (TJK)<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of Court

| Place: United States District Court<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | Courtroom No.: 11 - 4th Floor |
|---|---|
| | Date and Time: 01/28/2020 10:30 am |

This offense is briefly described as follows:
Re-entry Progress hearing. See attached petition.

Date: 01/07/2020

ANGELA D. CAESAR, Clerk
BY: _____
*Issuing officer's signature*

K. Harris, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 01/16/2020

_____
*Server's signature*

Byars, Robert C
*Printed name and title*

RECEIVED
JAN 17 2020
Clerk, U.S. District and
Bankruptcy Courts

AO 83 (Rev. 06/09; DC 3/2010) Summons in a Criminal Case (Page 2)

Case No. 18-CR-338-1 (TJK)

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: JEFFREY RAPHIEL CLARK, JR.

Last known residence: _____:19

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* _____

☑ I personally served the summons on this defendant Jeffrey R. Clark, Jr. at *(place)* _____ on *(date)* 01/16/2020 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 01/16/2020

Server's signature: *Robert C Byars*

Printed name and title: Byars, Robert C.

Remarks: